IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK L. BUBENHEIMER | : |
| | :   CIVIL ACTION |
| v. | : |
| | :   NO. 21-4401 |
| | : |
| KEITH KENLEIN | : |

### ORDER

**AND NOW**, this 25th day of July 2023, the Court having entered default against Defendant for failing to defend this action and having held an evidentiary hearing to ascertain Plaintiff's damages, it is **ORDERED** as follows:

1. **DEFAULT JUGDMENT** is hereby **ENTERED** against Defendant, Keith Kenlein, pursuant to Federal Rule of Civil Procedure 55(b)(2), in the amount of $1.00;

2. Plaintiff's Motion to Deem Facts Admitted Pursuant to Federal Rule of Civil Procedure 36(a)(3) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

BY THE COURT:


_/s/ R. Barclay Surrick_
**R. BARCLAY SURRICK, J.**